ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

GREGORY DEAN,

        Defendant.

INFORMATION

07 Cr. 647

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

In or about January 2007, in the Southern District of New York and elsewhere, GREGORY DEAN, the defendant, unlawfully, willfully, and knowingly did possess computer files, videos, and other materials that contained images of child pornography that had been mailed, and shipped, and transported in interstate or foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney