# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**

Application granted. Conference now scheduled for
October 9, 2007 at 9:00 A.M.
Time is excluded under the Speedy Trial Act through
October 9, 2007.
SO ORDERED. *Charles Brieant* U.S.D.J.
Dated: August 20, 2007

August 16, 2007

BY HAND
The Honorable Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Gregory Dean**
07 Cr. 647(CLB)

Dear Judge Brieant:

This letter requests an adjournment of Mr. Dean's pre-trial conference currently scheduled for September 5, 2007, at 10:15 a.m. The government consent's to this request and we waive the time under the Speedy Trial Act.

Mr. Dean was presented on a complaint on May 31, 2007. On June 17, 2007, he was arraigned on a One Count Information charging a violation of Title 18 U.S.C. § 2252(a)(5)(B), the possession of child pornography. Mr. Dean was released on bail at his initial appearance and is in compliance with his bail conditions. On August 8, 2007, this office submitted a letter to the government requesting leniency. To date this request is remains pending. Additionally, Mr. Dean underwent a psych-sexual evaluation. We have not yet received the report on this evaluation. Therefore, we request a one month adjournment for the conference.

Your attention to this request is most appreciated.

Sincerely Yours,

Susanne Brody

cc: Mr. Bent Wible
  Assistant United States Attorney

  Mr. Gregory Dean

  Mr. Scott Kowal
  United States Pretrial Officer