

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 2, 2007

**MEMO ENDORSED**

BY HAND
The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted. Conference now scheduled for November 8, 2007 at 9:30.
Time is excluded under the Speedy Trial Act through November 8, 2007.
SO ORDERED. /s/ Charles L. Brieant  U.S.D.J.
Dated: 10/3/07

Re: <u>United States v. Gregory Dean</u>, 07 Cr. 647 (CLB)

Dear Judge Brieant:

      The Government respectfully submits this letter to request, with the consent of defense counsel, that the defendant's next pretrial conference be adjourned from October 9, 2007, at 9:00 a.m. until November 8, 2007, at 9:30 a.m. in order to permit the Government to consider a defense request. The Government moves to exclude time through November 8, 2007, also with the consent of defense counsel. The Government believes that such an exclusion of time will serve the interests of justice by, inter alia, allowing the parties to continue discussions concerning a possible disposition of this case.

      Thank you for your consideration of this matter.

      Very truly yours,

      MICHAEL J. GARCIA
      United States Attorney

By: /s/ Brent S. Wible
    Brent S. Wible
    Assistant United States Attorney
    (914) 993-1928 (phone)
    (914) 682-3392 (fax)

cc:    Susanne Brody (By Fax)