# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

U.S ATTORNEY
FOR THE S.D.N.Y.  1510
OCT 05 2007  J.M.R.
RECEIVED
WHITE PLAINS OFFICE

October 5, 2007

BY HAND
The Honorable Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*[handwritten margin note: Application Granted So Ordered Charles Brieant USDJ October 9, 2007]*

Re: **United States v. Gregory Dean**
07 Cr. 647(CLB)

Dear Judge Brieant:

This letter is to request that this Court Order the Pre-Trial Office to turn over the mental health evaluation report of Mr. Dean. This evaluation was conducted as a bail conditon. It is my understanding that there are a number of factual inaccuracies in the report that need to be addressed.

Mr. Dean was initially presented on a Complaint charging violations of Title 18 U.S.C. § 2252A(a)(2)(B), and § 2252(a)(5)(B), possession and distribution of child pornography. He was released on bail and has been in full compliance with his bail conditions. On July 17, 2007, Mr. Dean waived Indictment and was arraigned on a One Count Felony Information charging him with possession of child pornography in violation of Title 18 U.S.C. §2252(a)(5)(B). On August 8, 2007, this office submitted a letter to the Government requesting leniency. This request is still pending.

Additionally, we would request a bail extension of his home detention for four hours a week so that he can tend to the outdoor maintenance on his home, such as gutter and lawn work. The government does not object to this request.

Sincerely Yours,

Susanne Brody

cc: Brent Wible, Esq.
    Assistant United States Attorney

    Mr. Scott Kowal
    U.S. Pre-Trail Officer

    Mr. Gregory Dean