# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

December 3, 2007



Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Gregory Dean**
       ~~07 Mag. 835 (LMS)~~  07CR 647

Dear Judge,

  I respectfully request that the Court extend the geographical boundaries of Gregory Dean's bail he needs an hour and half (1.5) to take bikes to bike shop so they can be sold.

  I have obtained the consent of the Assistant United States Attorney, Brent Wible and Pretrial Service officer, Scott Kowal.

  If the Court approves this application. I request that the Court so indicate by endorsing this letter below.

  Thank you for your attention in this matter.

Very truly yours,

Susanne Brody

SB/hc

cc:   Brent Wible, Esq.
      Assistant United States Attorney

      Scott Kowal
      Pretrial Services Officer

      Gregory Dean

SO ORDERED:
12/4/07
Hon. Lisa Margaret Smith
U.S.M.J.