# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

January 2, 2008

Paul E. Davison
*Attorney-in-Charge
White Plains*

*Memo Endorsed*

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Gregory Dean**
      **07 Cr. 647 (CLB)**

Dear Judge Brieant:

This letter is written on behalf of Mr. Gregory Dean and respectfully requests a two month adjournment for the sentencing of Mr. Dean. Mr. Dean underwent knee surgery shortly after entering his plea and was unable to attend his presentence interview for sometime. The interview has been completed and probation has requested time to complete their report.

Thank you for your consideration of this request.

Sincerely yours,

Susanne Brody

SB/hc

cc:   Brent Wible, Esq.
      Assistant United States Attorney

      Michelle Greer-Bambrick
      Probation Officer

      Scott Kowal
      Pretrial Service

      Greg Dean

[Handwritten margin notes: "Sentencing adjourned to March 7, 2008 at 9:00 AM. Jan 3, 2008" and "Adjourned to March 7, 2008 at 9:00 AM. Chas L Brieant USDJ"]