# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and Attorney-in-Chief*



January 22, 2008

Paul E. Davison
*Attorney-in-Charge
White Plains*

Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Gregory Dean**
      ~~07 Mag. 835 (LMS)~~
      07 CR 647 (CLB)

Dear Judge ,

   I respectfully request that the Court extend the geographical boundaries of Gregory Dean's bail he needs two (2) hours on Thursday, January 24, 2008, to go to the phone company to straighten out his billing problems.

   I have obtained the consent of the Assistant United States Attorney, Nicholas McQuaid and Pretrial Service officer, Scott Kowal.

   If the Court approves this application. I request that the Court so indicate by endorsing this letter below.

   Thank you for your attention in this matter.

**SO ORDERED:**

JAN 2 3 2008

Hon. Lisa Margaret Smith
U.S.M.J.

Very truly yours,

Susanne Brody

SB/hc

cc:   Nicholas McQuaid, Esq.
      Assistant United States Attorney

      Scott Kowal
      Pretrial Services Officer

      Gregory Dean