# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**

March 10, 2008

Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Gregory Dean
      ~~07 Mag. 835~~ (LMS)
      07 CR 647

Dear Judge,

    I respectfully request that the Court extend the geographical boundaries of Gregory Dean's bail he needs five (5) hours on Wednesday, March 12, 2008, to take his wife's car for service.

    I have obtained the consent of the Assistant United States Attorney, Nicholas McQuaid and Pretrial Service officer, Scott Kowal.

    If the Court approves this application. I request that the Court so indicate by endorsing this letter below.

    Thank you for your attention in this matter.

Very truly yours,

Susanne Brody

SB/hc

cc:   Nicholas McQuaid, Esq.
      Assistant United States Attorney

      Scott Kowal
      Pretrial Services Officer

      Gregory Dean

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.