# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

March 10, 2008

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

U.S. DISTRICT COURT
FILED
APR 1 1 2008
W.P.
S.D. OF N.Y.

Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    **United States v. Gregory Dean**
~~07 Mag. 835 (LMS)~~
*07 CR 647*

Dear Judge ,

I respectfully request that the Court extend the geographical boundaries of Gregory Dean's bail, he needs to bring his car for service in order to get an extended service plan, on Saturday, April 12, 2008 from 12:00 noon to 4:00 p.m .

I have obtained the consent of the Assistant United States Attorney, Nicholas McQuaid and Pretrial Service officer, Scott Kowal.

If the Court approves this application. I request that the Court so indicate by endorsing this letter below.

Thank you for your attention in this matter.

Very truly yours,

Susanne Brody by

Susanne Brody

SB/hc

cc:    Nicholas McQuaid, Esq.
       Assistant United States Attorney

       Scott Kowal
       Pretrial Services Officer

       Gregory Dean

**SO ORDERED:**

Hon. Lisa Margaret Smith
U.S.M.J.